# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| MELISSA MEDINA,<br><br>                Plaintiff,<br><br>v.<br><br>NATIONAL EXPRESS LLC; DOES 1-10,<br><br>                Defendant. | Case No.: 1:17-cv-01007 AWI SAB<br><br>ORDER DIRECTING CLERK OF COURT TO CLOSE CASE<br><br>(ECF No. 9) |

      This action was filed on July 27, 2018. (ECF No. 1.) On September 7, 2018, a stipulation dismissing this action with prejudice with each party to bear its own costs and fees was filed. In light of the stipulation of the parties, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii); <u>Wilson v. City of San Jose</u>, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice and without an award of costs or attorneys' fees.

      Accordingly, all pending dates and matters are VACATED; and the Clerk of the Court is HEREBY ORDERED to CLOSE the file in this case and adjust the docket to reflect voluntary dismissal of this action pursuant to Rule 41(a).

IT IS SO ORDERED.

Dated:   **September 7, 2018**                                             

UNITED STATES MAGISTRATE JUDGE